The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| WYNP | E1060949 | BENSON | 06/21/2025 |

**THE CHARGE ON THE VIOLATION NOTICE**

| Offense Charged | Offense Description | | |
|---|---|---|---|
| 36CFR4.21(c) | SPEED | | |

Defendant Name

COURSON JR, DAVID S

Initial Court Appearance

MANDATORY - You must appear in court

| Court Address | Date/Time |
|---|---|
| US DISTRICT COURT<br>YELLOWSTONE JUSTICE CENTER<br>105 ALBRIGHT AVE<br>YELLOWSTONE N P, WY 82190 | 07/17/2025<br>01:30 PM |